IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 05-170-5** |
| | : | |
| **CHRISTOPHER BOOKER** | : | |

**AND NOW**, this 7th day of December, 2012, upon consideration of Defendant's "Amended Motion to Suppress Post-Arrest Statements" (Docket No. 445), all documents filed in connection therewith, and the Hearings held on November 2, 2006 and November 14, 2012, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

/s/ John R. Padova

_____
John R. Padova, J.