IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCEL HARPER : CIVIL ACTION NO. 10-1772
:
v. :
:
UNITED STATES OF AMERICA : CRIMINAL ACTION NO. 05-170-2

## **ORDER**

**AND NOW**, this 12th day of November, 2013, upon consideration of Defendant's Motion for Relief From Judgment (Crim. Docket No. 473), **IT IS HEREBY ORDERED** that the Motion is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.